THE HONORABLE RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON - SEATTLE

| | |
|---|---|
| MID-CENTURY INSURANCE COMPANY,<br><br>    Plaintiff and Counter-Defendant,<br><br>v.<br><br>AMERICAN ECONOMY INSURANCE COMPANY,<br><br>    Defendant and Counter-Claimant. | NO.: 2:21-cv-00402-RSM<br><br>**STIPULATION AND ORDER REGARDING DEADLINES FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT**<br><br>Complaint Filed: March 25, 2021<br>Counter-Claim Filed: June 21, 2021<br>Trial Date: August 1, 2022 |

Pursuant to Local Civil Rule 7(k), this Stipulation is entered into by Plaintiff and Counter-Defendant Mid-Century Insurance Company ("Mid-Century") and Defendant and Counter-Claimant American Economy Insurance Company ("American Economy") (collectively, "the Parties"), regarding the deadline for the Parties to file their respective dispositive motions and agreed upon briefing schedule.

WHEREAS, under the Court's August 6, 2021, Order Setting Trial Date and Related Dates (Dkt. 14), Trial is August 1, 2022, and all dispositive motions must be filed by May 3, 2022, and noted on the Court's motion calendar no later than the fourth Friday after thereafter;

WHEREAS, the Parties served Initial Disclosures on July 14, 2021, and produced documents identified in their respective Initial Disclosures on July 30, 2021;

WHEREAS, the Parties believe Mid-Century's Complaint and American Economy's Counter Claim present legal issues that can be decided prior to the date set forth in the August 6, 2021, Order Setting Trial Date and Related Dates;

**STIPULATION AND ORDER REGARDING DEADLINES FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT - 1**
No.: 2:21-cv-00402-RSM
DM1\12328450.1

Selvin Wraith Halman LLP
505 14th Street, Ste. 1200
Oakland, California  94612
(510) 874-1811/Fax (510) 465-8976

    WHEREAS, the Parties' intend to file early cross-motions for summary judgment; and

    WHEREAS, the Parties have met and conferred to establish an agreeable briefing schedule;

    IT IS HEREBY STIPULATED AND AGREED, by the Parties, through their undersigned counsel and subject to the Court's approval that the following schedule shall govern their cross-motions for summary judgment:

1. The Parties' shall file and serve Cross-Motions on October 22, 2021;
2. The Parties' shall file and serve Oppositions on November 12, 2021;
3. The Parties' shall file and serve Replies on November 19, 2021.

Dated: August 18, 2021

By:    s/Sara M. Parker
Sara M. Parker, WA State Bar #44001
SELVIN WRAITH HALMAN LLP
505 14th Street, Suite 1200
Oakland, CA 94612
Telephone: (510) 874-1811
Facsimile: (510) 465-8976
E-mail: sparker@selvinwraith.com
Attorneys for Plaintiff
MID-CENTURY INSURANCE COMPANY

Dated: August 18, 2021

DUANE MORRIS LLP

By:    s/Dominica C. Anderson
Dominica C. Anderson (*pro hac vice*)
Lauren M. Case, WSBA No. 49558
DUANE MORRIS LLP
One Market Street
Spear Tower, Suite 2200
San Francisco, CA 94105-1127
Telephone: (415) 957-3000
Facsimile: (510) 465-8976
E-mail: dcanderson@duanemorris.com
E-mail: lmcase@duanemorris.com

Hari Kumar, WSBA No. 53597
DUANE MORRIS LLP
701 Fifth Avenue, 42nd Floor
Seattle, WA 98104
Telephone: (415) 957 3034
Facsimile: (206) 263 9661
Email: hkumar@duanemorris.com

Attorneys for Defendant
AMERICAN ECONOMY INSURANCE COMPANY

**STIPULATION AND ORDER REGARDING DEADLINES FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT - 2**
No.: 2:21-cv-00402-RSM
DM1\12328450.1

Selvin Wraith Halman LLP
505 14th Street, Ste. 1200
Oakland, California 94612
(510) 874-1811/Fax (510) 465-8976

# ORDER

The following schedule shall govern the Parties' cross-motions for summary judgment:

1. The Parties' shall file and serve Cross-Motions on October 22, 2021;

2. The Parties' shall file and serve Oppositions on November 12, 2021;

3. The Parties' shall file and serve Replies on November 19, 2021.

IT IS SO ORDERED.

DATED this 25th day of August, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER REGARDING DEADLINES FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT - 3

No.: 2:21-cv-00402-RSM
DM1\12328450.1

Selvin Wraith Halman LLP
505 14th Street, Ste. 1200
Oakland, California  94612
(510) 874-1811/Fax (510) 465-8976